IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 22  P 2:54

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE, INC., ) | |
| Plaintiff, ) | Civil Action No. MJG 02-1884 |
| v. ) | |
| INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 333, AFL-CIO, ) | |
| Defendant. ) | |

## ORDER

Upon consideration of this Joint Motion for Extension of Time to File Responsive Pleading, it is this **22nd** day of July, 2002,

ORDERED, that the Defendant shall have until Friday, August 30, 2002, to file a responsive pleading in the above-captioned matter; and

FURTHER ORDERED, that copies of the Order shall be mailed to all counsel of record.

_____
Judge
United States District Court
for the District of Maryland