IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION<br>OF BALTIMORE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL LONGSHOREMEN'S<br>ASSOCIATION, LOCAL 333, AFL-CIO,<br><br>Defendant. | Civil Action No. MJG 02-1884 |

### NOTICE OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, Steamship Trade Association of Baltimore, Inc., by its undersigned counsel, hereby provides notice to Defendant, International Longshoremen's Association, Local 333, AFL-CIO, that as the above-entitled action was commenced on June 3, 2002, and Defendant has filed neither an answer nor a motion for summary judgment, Plaintiff dismisses the above-entitled action without prejudice.

The Clerk of the above-entitled Court is requested to enter this dismissal in the records of the Court.

Respectfully submitted,

_____
Gil A. Abramson (#01240)
Mark S. Saudek (#23963)



\\\BA - 61100/0152 - 141463 v1

>HOGAN & HARTSON L.L.P.
>111 South Calvert Street
>Suite 1600
>Baltimore, MD 21202
>(410) 659-2700
>
>Counsel for Plaintiff
>Steamship Trade Association of
>   Baltimore, Inc.

Dated: August 21, 2002

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August, 2002, a copy of the Plaintiff's Notice of Dismissal was served by first-class mail, postage prepaid, to:

>Kimberly Neeb, Esquire
>Willig, Williams & Davidson
>Twenty-Fourth Floor
>1845 Walnut Street
>Philadelphia, PA 19103

_____
Gil A. Abramson

Approved this 25th day of August, 2002

_____
Marvin J. Garbis
United States District Judge

- 2 -